KLOPFER *v.* TAYLOR *et al.,* receivers.

BECK, P. J. This case is ruled, upon the controlling issues, by the decision in the cases of *Bartlett* v. *Taylor,* ante, 854 (98 S. E. —), and *Buttrill* v. *Taylor,* ante, 671 (97 S. E. 860).

*Judgment affirmed. All the Justices concur.*

No. 1044. FEBRUARY 24, 1919.

Description and counsel as in No. 1043, ante, 671.